82,904-01

ERIC J. BROWN
#1570332  7I-57T
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102
FEBRUARY 20, 2015

DEBORAH BRYAN
WILSON COUNTY DISTRICT CLERK
P.O. BOX 812
FLORESVILLE, TEXAS 78114

SUBJECT: INMATE CORRESPONDENCE REPLY - DATED FEB. 17, 2015
CAUSE NO: 08-11-222-CRW-A

GREETINGS! MAY GOD BE WITH YOU...

THIS IS TO INFORM YOUR OFFICE THAT I HAVE RECEIVED NOTICE "THE TRANSCRIPT OF PETITION FOR WRIT OF HABEAS CORPUS HAS BEEN FORWARDED TO THE COURT OF CRIMINAL APPEALS"...

THANK YOU.... HOWEVER, IT DOES/DID NOT MENTION "STATE REPLY BRIEF"? IS ONE/WAS ONE NOT FILED?

PLEASE INFORM ME A.S.A.P.

THANK YOU, RESPECTFULLY

_Eric J. Brown_

CC: FILE
COURT OF CRIMINAL APPEALS
ABEL ACOSTA, CLERK
P.O. BOX 12308
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk